# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert F. Serio
Direct: +1 212.351.3917
Fax: +1 212.351.5246
RSerio@gibsondunn.com

November 23, 2015



**BY FAX**

The Honorable Victor Marrero
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:  *In re Application of David A. Godfrey, Yukos Finance B.V., and Yukos International UK B.V. for an order to conduct discovery for use in a foreign proceeding.*, No. 1:15-mc-00325-P1 (S.D.N.Y.)

Dear Judge Marrero:

I write on behalf of Petitioners David A. Godfrey, Yukos Finance B.V., and Yukos International UK B.V. (collectively, "Petitioners") in the above-captioned action, concerning the briefing schedule mutually agreed upon by Petitioners and Respondents VR Capital Group Ltd., Jeffrey Johnson, and Richard Deitz (collectively "Respondents") in the above-captioned action.

Pursuant to the parties' agreement, Petitioners filed their motion to compel on November 18, 2015. The parties agreed that the briefing schedule would be as follows: Respondents are to file their opposition and cross-motion to quash on December 8; Petitioners are to file their reply in support of motion to compel and opposition to cross-motion on December 21; and Respondents are to file their reply in support of cross-motion, if any, on January 8, 2016.

Respectfully submitted,

Robert F. Serio /MLB

SO ORDERED. Request GRANTED. The briefing schedule for the motion to compel shall be as set forth above
11-23-15
DATE   VICTOR MARRERO, U.S.D.J.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.