**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――― X
In re Application of DAVID A. GODFREY, :
YUKOS FINANCE B.V. and YUKOS :
INTERNATIONAL UK B.V. for an order to :
conduct discovery for use in a foreign : No. 1:15-MC-325
proceeding. :
 :
                Petitioners. :
 :
―――――――――――――――――――――― X

# RESPONDENTS' NOTICE OF
# MOTION TO QUASH SUBPOENAS *AD TESTIFICANDUM*

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Opposition to Petitioners' Motion to Compel Compliance with Subpoenas *Duces Tecum* and in Support of Respondents' Motion to Quash Subpoenas *Ad Testificandum*; the Declaration of Jeffrey Johnson; the Declaration of Richard Deitz; the Declaration of Jessica Oliff Daly and the exhibits attached thereto; and in accordance with the briefing schedule agreed to by the parties and so-ordered by this Court on November 23, 2015, Respondents Jeffrey Johnson, Richard Deitz, and VR Capital by and through their attorneys, Akin Gump Strauss Hauer & Feld LLP, will move this Court at such time and place as the Court designates, before the Honorable Victor Marrero, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order denying Petitioners' Motion to Compel Compliance with Subpoenas *Duces Tecum* and granting Respondents' Motion to Quash Subpoenas *Ad Testificandum*, pursuant to the doctrines of *res judicata*, Federal Rule of Civil Procedure 45(c), and 28 U.S.C. § 1782(a) and for any further relief that the Court may deem just and proper.

Dated: December 8, 2015
New York, New York

                                    Respectfully Submitted,

                                      /s/ Robert H. Pees
Robert H. Pees
Jessica Oliff Daly
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Email: rpees@akingump.com
Email: jodaly@akingump.com

*Counsel for Respondents Jeffrey Johnson,
Richard Deitz, and VR Capital Group*

2